UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEROY a/k/a DEREK McSMITH

VERSUS

ERIC BAEHR

CIVIL ACTION

NUMBER: 06-11200
c/w 07-126

SECTION: C (3)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 24  AM 10: 51

LORETTA G. WHYTE
CLERK

## ORDER

The Court, after considering the petition, the record, the State's Motion to Dismiss, plaintiff's response, the applicable law, the Magistrate Judge's Report and Recommendation #36, and the failure of the plaintiff to file any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the **State of Louisiana's Motion to Dismiss #13** is GRANTED and the plaintiff's claims against the State of Louisiana through the Louisiana Department of Social Services are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 23 day July, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____