UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY a/k/a DEREK McSMITH | CIVIL ACTION |
| VERSUS | NUMBER: 06-11200 |
| ERIC BAEHR in his individual & official capacity | SECTION: C (3) |

consolidated with

| | |
|---|---|
| LEROY a/k/a DEREK McSmith | CIVIL ACTION |
| VERSUS | NUMBER 07-126 |
| MARK OSBORNE in his individual & official capacity | SECTION C(3) |

## O R D E R

The Court, after considering the petition, the entire record, NOPD Officer Mark Osborne and Officer Eric Baehr's Motion to Dismiss #15, Officer Eric Baehr's Motion to Dismiss #39, Plaintiff's Motion for Summary Judgment #49, the applicable law, the Magistrate Judge's Report and Recommendation #60, and the failure of the plaintiff to file any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Summary Judgment **#49** is DENIED.

IT IS FURTHER ORDERED that NOPD Officer Mark Osborne and Officer Eric Baehr's Motion to Dismiss **#15** and Officer Eric Baehr's Motion to Dismiss **#39** are GRANTED.

IT IS FURTHER ORDERED that all of the plaintiff's claims in the captioned

consolidated cases against the defendants, Eric Baehr and Mark Osborne in the above captioned consolidated cases are hereby are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this __29__ day ____Sept____, 2008.

_____
UNITED STATES DISTRICT JUDGE